STATE OF CONNECTICUT *v.* JARRELL RICHARDS

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 823 (AC 28567), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the police had a reasonable and articulable suspicion to stop the defendant's car?"

The Supreme Court docket number is SC 18370.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided June 3, 2009